AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Olugbenga Adalumo
              Plaintiff (s),
V.
A.S.A.P. Collection Services, LLC ("ASAP"), et al.
              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-CV-00845 LHK

Notice is hereby given that, subject to approval by the court, __A.S.A.P. Collection Services, LLC__ substitutes
(Party (s) Name)

__Stephen A. Scott__, State Bar No. __67467__ as counsel of record in
(Name of New Attorney)

place of __Thomas R. Fier__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:    Hayes Scott Bonino Ellingson & McLay, LLP
   Address:    203 Redwood Shores Parkway, Suite 480
   Telephone:    (650) 637-9100     Facsimile (650) 637-8071
   E-Mail (Optional):    sscott@hayesscott.com

I consent to the above substitution.
Date:    7/25/13

Beverlee Gordon on behalf of A.S.A.P. Collection Services, LLC
*(signature)*
(Signature of Party (s))

I consent to being substituted.
Date: _____

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Olugbenga Adalumo
    Plaintiff (s),
V.
A.S.A.P. Collection Services, LLC ("ASAP"), et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-CV-00845 LHK

Notice is hereby given that, subject to approval by the court, __A.S.A.P. Collection Services, LLC__ substitutes (Party (s) Name)

__Stephen A. Scott__, State Bar No. __67467__ as counsel of record in
(Name of New Attorney)

place of __Thomas R. Fier__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Hayes Scott Bonino Ellingson & McLay, LLP
Address: 203 Redwood Shores Parkway, Suite 480
Telephone: (650) 637-9100     Facsimile (650) 637-8071
E-Mail (Optional): sscott@hayesscott.com

I consent to the above substitution.
Date: _____

I consent to being substituted.
Date: 7.25.13

I consent to the above substitution.
Date: 7.29.13

Beverlee Gordon on behalf of A.S.A.P. Collection Services, LLC
(Signature of Party (s))

(Signature of Former Attorney (s))

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 1, 2013

Lucy H. Koh
United States District Judge