AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Olugbenga Adalumo
      Plaintiff (s),
V.
A.S.A.P. Collection Services, LLC ("ASAP"), et al.
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-CV-00845 LHK

Notice is hereby given that, subject to approval by the court, __A.S.A.P. Collection Services, LLC__ substitutes
(Party (s) Name)

__Stephen A. Scott__ , State Bar No. __67467__ as counsel of record in
(Name of New Attorney)

place of __Thomas R. Fier__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:   Hayes Scott Bonino Ellingson & McLay, LLP
 Address:    203 Redwood Shores Parkway, Suite 480
 Telephone:   (650) 637-9100     Facsimile (650) 637-8071
 E-Mail (Optional): sscott@hayesscott.com

I consent to the above substitution.
Date: 7/25/13

Beverlee Gordon on behalf of A.S.A.P. Collection Services, LLC
(Signature of Party (s))

I consent to being substituted.
Date:

(Signature of Former Attorney (s))

I consent to the above substitution.
Date:

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern    District of    California

Olugbenga Adalumo
           Plaintiff (s),
V.
A.S.A.P. Collection Services, LLC ("ASAP"), et al.
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-CV-00845 LHK

Notice is hereby given that, subject to approval by the court, **A.S.A.P. Collection Services, LLC** (Party (s) Name) substitutes **Stephen A. Scott** (Name of New Attorney), State Bar No. **67467** as counsel of record in place of **Thomas R. Fier** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Hayes Scott Bonino Ellingson & McLay, LLP
Address: 203 Redwood Shores Parkway, Suite 480
Telephone: (650) 637-9100    Facsimile: (650) 637-8071
E-Mail (Optional): sscott@hayesscott.com

I consent to the above substitution.
Date:

I consent to being substituted.
Date: 7.25.13

I consent to the above substitution.
Date: 7.29.13

Beverlee Gordon on behalf of A.S.A.P. Collection Services, LLC
(Signature of Party (s))

*(signature)*
(Signature of Former Attorney (s))

*(signature)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 1, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge