UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OLUGBENGA ADALUMO, <br><br> Plaintiff, <br> v. <br><br> A.S.A.P. COLLECTION SERVICES, LLC ("ASAP"), SIERRA CREST HOMEOWNERS ASSOCIATION dba SIERRA CREST MAINTENANCE ASSOCIATION, CANNON MANAGEMENT, <br><br> Defendants. | Case No.: 13-CV-00845-LHK <br><br> ORDER RE: FILING OF JOINT CASE MANAGEMENT STATEMENT |

The Parties have not submitted a joint case management statement in this matter for the Case Management Conference scheduled for January 9, 2014, at 1:30 p.m. *See* Local Rule 16-10(d). Accordingly, the Court ORDERS the Parties to file a joint case management statement by no later than Tuesday, January 7, 2014, at 9 a.m.

**IT IS SO ORDERED.**

Dated: January 3, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-00845-LHK
ORDER RE: FILING OF JOINT CASE MANAGEMENT STATEMENT