UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OLUGBENGA ADALUMO,<br><br>              Plaintiff,<br>     v.<br><br>A.S.A.P. COLLECTION SERVICES, LLC ("ASAP"), SIERRA CREST HOMEOWNERS ASSOCIATION dba SIERRA CREST MAINTENANCE ASSOCIATION, CANNON MANAGEMENT,<br><br>              Defendants. | Case No.: 13-CV-00845-LHK<br><br>ORDER RE: FILING OF STIPULATION OF DISMISSAL OR JOINT CASE MANAGEMENT STATEMENT |

In a joint case management statement filed on January 6, 2014, the parties represented that that they would file a stipulation of dismissal on or before January 22, 2014. *See* ECF No. 39. The parties have not filed that stipulation. The parties must either file a stipulation of dismissal or joint case management statement by January 29, 2014. If the parties do not file a stipulation of dismissal, they must also appear at the February 5, 2014, case management conference.

**IT IS SO ORDERED.**

Dated: January 28, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-00845-LHK
ORDER RE: FILING OF STIPULATION OF DISMISSAL OR JOINT CASE MANAGEMENT STATEMENT