UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OLUGBENGA ADALUMO, | Case No.: 13-CV-00845-LHK |
| Plaintiff, | |
| v. | |
| A.S.A.P. COLLECTION SERVICES, LLC ("ASAP"), SIERRA CREST HOMEOWNERS ASSOCIATION dba SIERRA CREST MAINTENANCE ASSOCIATION, CANNON MANAGEMENT, | ORDER RE: CASE MANAGEMENT CONFERENCE |
| Defendants. | |

The parties' request to continue the Case Management Conference set for February 5, 2014 is DENIED. The parties have indicated that they intend to file a stipulation of dismissal on or before February 5, 2014. *See* ECF No. 43. If a stipulation of dismissal is on file before the Case Management Conference, the Case Management Conference will be vacated. If a stipulation of dismissal is not filed, then the parties shall appear at the Case Management Conference.

**IT IS SO ORDERED.**

Dated: February 3, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-00845-LHK
ORDER RE: CASE MANAGEMENT CONFERENCE