OLUMIDE K. OBAYEMI (SBN 219562)
obayemilaw@yahoo.com
The Law Offices of Olumide K. Obayemi
436-14th Street, Suite 1113
Oakland, CA 94612
Telephone: 510.465.3001
Facsimile:   510.465.3002
Attorney for Plaintiff
OLUGBENGA ADALUMO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| OLUGBENGA ADALUMO, | Case No.: CV13-00845 LHK |
|---|---|
| Plaintiffs, | **PLAINTIFF OLUGBENGA ADALUMO'S NOTICE OF DISMISSAL** |
| v. | |
| A.S.A.P. COLLECTION SERVICES, LLC ("ASAP"), SIERRA CREST HOMEOWNERS ASSOCIATION dba SIERRA CREST MAINTENANCE ASSOCIATION, CANNON MANAGEMENT, | |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

**PLAINTIFF OLUGBENGA ADALUMO'S NOTICE OF DISMISSAL**

Plaintiff, by and through his attorneys of record hereby, subject to the approval of the Court, requests the dismissal of the above-entitled action with prejudice.

Dated: February 18, 2014                            The Law Offices of Olumide K. Obayemi

　　　　　　　　　　　　　　　　　　　　　　　　_____//s//_____
　　　　　　　　　　　　　　　　　　　　　　　　Olumide K. Obayemi
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff **OLUGBENGA ADALUMO**

### ORDER

**Pursuant to REQUEST FOR DISMISSAL, PLAINTIFF OLUGBENGA ADALUMO'S NOTICE OF DISMISSAL IS HEREBY GRANTED, IT IS SO ORDERED.**

Date: February ………19th………., 2014

*/s/ Lucy H. Koh*
……………………………………..
**Hon** U.S. District Judge LUCY KOH
**United States District Judge**